**Order filed March 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01058-CV
_____

**IN THE INTEREST OF M.T.R., A CHILD, Appellant**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,**
**Appellee**

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-04856J**

## ORDER

This is an accelerated appeal from a final order in a suit in which the termination of the parent-child relationship is at issue. The appellants are C.R., the child's mother, and A.R., the child's grandmother. Based on the trial court's findings at a hearing held on March 7, 2019, Mother is now represented by retained counsel Scott Poerschke. Grandmother was proceeding pro se; it is not clear if Poerschke represents her as well.

Grandmother's brief was due January 8, 2019. On Grandmother's motion, we extended the due date to February 7, 2019, and we noted no further extensions would be granted absent extraordinary circumstances. Grandmother has not filed a brief.

We **ORDER** as follows:

Any brief for Mother or Grandmother is due on or before **March 15, 2019**. If no brief is timely filed:

1. we will treat Poerschke's "Reply Brief to Appointed Counsel's *Anders* Brief," filed February 25, 2019, as Mother's brief; and

2. we will dismiss Grandmother's appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1) and 42.3(b).

Appellee's brief is due on or before **April 5, 2019**.

PER CURIAM